## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

TRICIA VINEYARD, individually, and on behalf
of all similarly situated current citizens of Illinois,

                         Plaintiff,

-v.-

LA TERRA FINA USA, LLC,

                         Defendant.

Case No. 3:24-cv-00704

## <u>UNOPPOSED MOTION TO WITHDRAW AS COUNSEL</u>

Defendant La Terra Fina USA, LLC ("LTF"), by and through its counsel, moves the Court to withdraw as counsel of record attorney Andrew Leff. In support of its motion, LTF states as follows:

1. On April 3, 2025, this Court granted the motion to appear pro hac vice filed by Andrew Leff as an attorney with Covington & Burling LLP on behalf of LTF in this matter. *See* ECF No. 40.

2. Effective July 24, 2025, Mr. Leff will be leaving Covington & Burling LLP.

3. LTF will not be prejudiced if this motion is granted. Covington & Burling LLP and Tabet DiVito & Rothstein LLC will continue to represent LTF in the above-captioned matter, and representation of LTF is otherwise unchanged.

4. Accordingly, this withdrawal will not cause any delay or prejudice to any party or the Court.

1

5.      LTF's counsel has conferred with Plaintiff's counsel, and Plaintiff's counsel indicated that Plaintiff does not oppose this motion.

WHEREFORE, LTF respectfully requests that this Court grant LTF leave to withdraw Andrew Leff as counsel of record for it.

Dated:  July 22, 2025                                Respectfully submitted,

                                                     By: */s/ Andrew Leff*

                                                     **TABET DIVITO & ROTHSTEIN LLC**
                                                     Daniel L. Stanner
                                                     Amanda N. Catalano
                                                     209 South LaSalle Street, 7th Floor
                                                     Chicago, Illinois 60604
                                                     Telephone: (312) 762-9450
                                                     acatalano@tdrlaw.com
                                                     dstanner@tdrlaw.com

                                                     **COVINGTON & BURLING LLP**
                                                     Steven J. Rosenbaum (*pro hac vice*)
                                                     850 Tenth Street, N.W.
                                                     Washington, D.C. 20001
                                                     Telephone: (202) 662-6000
                                                     srosenbaum@cov.com

                                                     Andrew Leff (*pro hac vice*)
                                                     620 Eighth Avenue
                                                     New York, N.Y. 10018
                                                     Telephone: (212) 841-1000
                                                     aleff@cov.com

                                                     *Attorneys for Defendant La Terra Fina*
                                                     *USA, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I, Andrew Leff, hereby certify that on July 22, 2025 a true and accurate copy of the foregoing was electronically filed with the Clerk of Court by using the Court's CM/ECF system, to be served via operation of the Court's electronic filing system upon all counsel of record.


<u>*/s/ Andrew Leff*</u>
Andrew Leff